In the Matter of Louis Kraus et al., Appellants, v. Abraham D. Beame, as Comptroller of the City of New York, et al., Respondents.—

990

Staley, Jr., J. P., Greenblott, Cooke, Sweeney and Simons, JJ., concur.